Form 13-1

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE

One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**
(Name of attorney of record)

on behalf of Intelligent Water Solutions by Watts Inc. in the matter of INTELLIGENT WATER SOLUTIONS BY WATTS INC. v. UNITED STATES, et. al., Court No. 25-00401.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Watts Water Technologies, Inc., the parent company of Intelligent Water Solutions by Watts Inc., is a publicly-held company, which owns 100% of Watts Regulator Co., which owns 100% of Intelligent Water Solutions by Watts Inc.

2. Indicate whether the party on whose behalf this Form is being filed is [X ] or is not [  ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

Not applicable.

/s/ Erik D. Smithweiss                                       December 5, 2025
GRUNFELD, DESIDERIO, LEBOWITZ                    Date
SILVERMAN & KLESTADT LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
(213) 452-0863
Esmithweiss@gdlsk.com

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)